# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
_____ Division

FILED
CHARLOTTE, NC
AUG 04 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Koy Lynn Chiu
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Empire Community Development, David Strickland, Brien Boulin, Jeffrey Bunda, Bradley B Letts, Randi Crumm-Shirley, Elisa Chinn-Gary, Robert Napoliano, Garry McFadden, Troy Stafford, Argent Mortgage, Matthew Osman, Hutchens Law Firm, Resurgent Capital Srvs, Paladin Law, Fay Servicing, Dream Capital Mgmt.

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:25-CV-583-MOC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Koy Lynn Chiu
   Street Address: 15007 Autumn Sage Dr.
   City and County: Charlotte NC 28278 (Mecklenburg)
   State and Zip Code: North Carolina, 28278
   Telephone Number: 980 290 1999
   E-mail Address: Koychin@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**
Name: Global Realty Investor Trust Mgmt
Job or Title (if known): Investor
Street Address: 108 West 13th St
City and County: Wilmington DE 19801
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: Distressed Real Estate & Mtg
Job or Title (if known): Investor
Street Address: 2711 Centreville Rd Ste #400
City and County: Wilmington DE
State and Zip Code: DE 19801
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: John T. Benjamin Jr
Job or Title (if known): Attorney
Street Address: 1115 Hillsborough St
City and County: Raleigh
State and Zip Code: NC 27603
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Argent Mortgage
Job or Title (if known): Lender
Street Address: 1 City Boulevard West Ste #1500
City and County: Orange
State and Zip Code: CA 92868
Telephone Number:
E-mail Address (if known):

Defendant No. 1
Name: David Strickland
Job or Title (if known): Judge
Street Address: 832 E 4th St
City and County: Charlotte NC Mecklenburg
State and Zip Code: North Carolina 28202
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Empire Community Development
Job or Title (if known): Investor
Street Address: 14689 Valley Center Dr.
City and County: Victorville
State and Zip Code: CA 92395
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: M. Brien Bowlin
Job or Title (if known): Attorney
Street Address: 403 Gilead Rd. Ste A
City and County: Huntersville
State and Zip Code: NC 28078
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Jeffrey Bunda
Job or Title (if known): Attorney
Street Address: 6230 Fairview Rd Ste 315
City and County: Charlotte (Mecklenburg)
State and Zip Code: N.C. 28210
Telephone Number:
E-mail Address (if known):

**Defendant No. 1**

- Name: Dream Capital Management
- Job or Title (if known): Investor
- Street Address: 99 Jackson St Ste 237
- City and County: Davidson
- State and Zip Code: NC 28036
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 2**

- Name: Fay Servicing LLC
- Job or Title (if known): Servicer
- Street Address: 1601 LBJ Freeway Ste 150
- City and County: Farmers Branch
- State and Zip Code: TX 75234
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name: Paladin Law
- Job or Title (if known): Attorney's office
- Street Address: 403 Gilead Rd St A
- City and County: Huntersville
- State and Zip Code: NC 28078
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name: Resurgent Capital Services
- Job or Title (if known): Servicers
- Street Address: 55 Beattie Pl ste #110
- City and County: Greenville
- State and Zip Code: SC 29601
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1
    Name: Hutchens Law Firm
    Job or Title (if known): Law Office
    Street Address: 6230 Fairview Rd ste #315
    City and County: Charlotte (Mecklenburg)
    State and Zip Code: North Carolina 28210
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: Matthew J Osman
    Job or Title (if known): Judge
    Street Address: 832 E 4th Street
    City and County: Charlotte Mecklenburg
    State and Zip Code: NC 28208
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: Elisa Chinn-Clary
    Job or Title (if known): Judge
    Street Address: 832 E 4th St
    City and County: Charlotte Mecklenburg
    State and Zip Code: NC 28202
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: Randi Gunn-Shirley
    Job or Title (if known): Asst Judge
    Street Address: 832 E 4th St
    City and County: Charlotte NC 28202 (Mecklenburg)
    State and Zip Code: NC 28202
    Telephone Number:
    E-mail Address (if known):

Defendant No. 1
- Name: Troy Stafford
- Job or Title (if known): Judge
- Street Address: 832 E 4th St
- City and County: Charlotte, Mecklenburg
- State and Zip Code: NC 28202
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Mr. Garry L. McFadden
- Job or Title (if known): Sheriff Dept
- Street Address: 700 E 4th St
- City and County: Charlotte, Mecklenburg
- State and Zip Code: North Carolina 28202
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Robert Napolitano
- Job or Title (if known): Sheriff
- Street Address: 700 E 4th St
- City and County: Charlotte, Mecklenburg
- State and Zip Code: N.C. 28202
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Bradley B Letts
- Job or Title (if known): Judge
- Street Address: 832 E 4th St
- City and County: Charlotte, Mecklenburg
- State and Zip Code: N.C. 28202
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FDCPA, RESPA, TILA, 42 U.S.C. § 1983, 28 U.S.C. § 1331, 28 U.S.C., 28 § 1367 (Supplemental Jurisdiction)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE Attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE Attachment

ATTACHMENT III & IV

## III STATEMENT of CLAIM:

Plaintiff RoyLynn Chiu brings this Action against Defendants for wrongful foreclosure, fraud, and violations of Federal Consumer protection laws. In 2020, Defendants initiated foreclosure on a time-barred loan that had not been enforced in over 15 years & NEVER HAD A DEED on Public Record. Defendants misrepresented material facts to the Court, mailed notices to the wrong address, and Jeffrey Bunda showed Judge Letts a wrong Deed to misrepresent that they had a Deed, falsely claimed the Property was a rental. Plaintiff was wrongfully evicted, lost $250,000 in home equity, suffered severe emotional and financial harm. Plaintiff asserts claims under FDCPA, RESPA, TILA, & North Carolina Law.

## IV Relief

Plaintiff respectfully requests that the Court grant the following relief (TOTALING $20,008,000.)

1) Compensatory Damages - Losses of Home equity, eviction, emotional distress caused by Defendants Conduct, Financial harm, Personal suffering as a direct Result, Income as a Direct Result of Defendants Actions.

2) Statutory Damages - As Provided by the FDCPA, RESPA, TILA in light of Defendants violations of Federal Statutes. Plaintiff seeks ALL amounts authorized by Law under each of these acts. Enacted to protect Consumers in these situations.

3) Punitive Damages - An award to punish + deter Defendants for their fraudulent and malicious conduct. Given the willful and egregious nature of Defendants Actions.

4) Equitable Relief: Appropriate equitable relief to Restore Plaintiff Rights in the property, Including rescission of foreclosure sale and restoration of title in Plaintiffs Name. Addressing Injury that [illegible]

5) Additional Relief: As Court deems just and Proper. Fees etc.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/4/25

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Roy Lynn Chrie

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____